## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2005 true copies of Certified Mail Return Receipts for Service of a Summons and Complaint upon the United States Surface Transportation Board, the United States Office of the Attorney General and the United States Attorney's Office for the Commonwealth of Massachusetts were served upon the following parties by first class mail, postage prepaid:

Ellen D. Hanson, Esquire
United States Surface Transportation Board
Office of General Counsel
1925 K Street, N.W. - Suite 600
Washington, DC 20423-0001

United States of America
Office of the Attorney General
John A. Wilson Building
1350 Pennsylvania Avenue, N.W. - Suite 409
Washington, D.C. 20004

United States Attorney's Office
Commonwealth of Massachusetts
Civil Process Clerk
U.S. Court House, Suite 9200
1 Courthouse Way
Boston, MA 02210

_____
Pamela J. Primeau
Paralegal
Springfield Terminal Railway Company
Iron Horse Park
No. Billerica, MA 01862
(978) 663-1024