

BOSTON & MAINE CORPORATION
MAINE CENTRAL RAILROAD COMPANY
SPRINGFIELD TERMINAL RAILWAY COMPANY

IRON HORSE PARK
NO. BILLERICA, MASS. 01862

FILED
IN CLERKS OFFICE

2005

U.S. DISTRICT COURT
DISTRICT OF MASS.

LAW DEPARTMENT
(978) 663-1029

January 19, 2005

Clerk of Court
United States District Court
for the District of Massachusetts
J. Joseph Moakley U.S. Courthouse
One Courthouse Way, Suite 2300
Boston, MA 02210

Re:   Springfield Terminal Railway Company v. United States Surface Transportation
      Board and the United States of America -- Civil Action No. 04-12705-RGS

Dear Clerk of Court:

    Please note that a copy of a Summons and Complaint was inadvertently served upon an incorrect address for the United States of America Office of the Attorney General in Washington, D.C. Please disregard the Return of Service for the Certified Mail Return Receipt for the U.S. Attorney General's Office only.

    I have enclosed copies of a Corrected Summons and Complaint which has been served Certified Mail Return Receipt Requested upon the U.S. Office of the Attorney General's corrected address on January 19, 2005. I will forward to you the original return receipt as proof of service as soon as possible.

    Thank you for your attention in this matter. If you have any questions, please don't hesitate to contact me.

Sincerely,

Pamela J. Primeau
Paralegal

Enclosures
cc:   Ellen Hanson, Esq. - Surface Transportation Board
      U.S. Attorney General's Office - Commonwealth of Massachusetts