UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SPRINGFIELD TERMINAL RAILWAY COMPANY )<br><br>Petitioner, )<br>v. )<br><br>UNITED STATES SURFACE TRANSPORTATION BOARD )<br>and )<br>THE UNITED STATES OF AMERICA )<br><br>Respondents. ) | CA 04-12705 RGS |

NOTICE OF CHANGE OF ADDRESS
AND TELEPHONE NUMBERS

Please be advised that as of April 4, 2005, the address and telephone numbers of counsel for Springfield Terminal Railway Company have changed as indicated below. Counsel's e-mail address remains the same.

Respectfully submitted,

_____
Eric L. Hirschhorn
Winston & Strawn LLP
1700 K Street NW
Washington DC 20006
Tel. 202-282-5706 (fax 202-282-5100)
E-mail: ehirschhorn@winston.com

*Counsel for Plaintiff*

March 31, 2005

DC:408145.1