UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2005 MAR 22 P 3: 03

U.S. DISTRICT COURT
DISTRICT OF MASS

SPRINGFIELD TERMINAL RAILWAY
COMPANY,

      Plaintiff,

      -v.-                           Civil Action No. 04-12705-RGS

UNITED STATES SURFACE
TRANSPORTATION BOARD, et al.,

      Defendants.

### MOTION TO ADMIT ERIC L. HIRSCHHORN
### TO APPEAR IN THIS ACTION
### PURSUANT TO LOCAL RULE 83.5.3(b)

Pursuant to Rule 83.5.3(b) of the Rules of this Court, and upon the annexed certificate of Eric L. Hirschhorn, the undersigned hereby moves for an order permitting Mr. Hirschhorn to appear and practice before this Court in this action.

                                        Respectfully submitted,

                                        Robert B. Culliford
                                        BBO #638468
                                        Iron Horse Park
                                        North Billerica MA 01862
                                        978-663-1029

March 18, 2005.