UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SPRINGFIELD TERMINAL RAILWAY COMPANY, | ) ) ) |
| Petitioner, | ) ) ) |
| v. | ) Civil Action No. 04-12705-RGS |
| UNITED STATES SURFACE TRANSPORTATION BOARD and THE UNITED STATES OF AMERICA | ) ) ) ) ) |
| Respondents. | ) ) ) |

CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3), the undersigned hereby certify that counsel for the respondents United States of America and an authorized representative of the United States Surface Transportation Board have conferred regarding the matters described in Local Rule 16.1(D)(3)(a) and (b).

 /s/ Jeffrey M. Cohen                         /s/ Rachel Danish Campbell
Jeffrey M. Cohen                             Rachel Danish Campbell
Assistant United States Attorney             Trial Attorney
                                             Surface Transportation Board

Dated:  February 6, 2006