UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SPRINGFIELD TERMINAL RAILWAY COMPANY,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES SURFACE TRANSPORTATION BOARD and THE UNITED STATES OF AMERICA<br><br>Respondents. | Civil Action No. 04-12705-RGS |

**CERTIFICATION PURSUANT TO LOCAL RULE 16.1 (D)(3)**

Pursuant to Local Rule 16.1(D)(3), the undersigned hereby certify that counsel for the petitioner and an authorized representative of the petitioner have conferred regarding the matters described in Local Rule 16.1(D)(3)(a) and (b).

_____
Eric L. Hirschhorn, Esq.
Attorney
Winston & Strawn LLP

_____
Robert B. Culliford, Esq.
General Counsel
Springfield Terminal Railway Co.

Dated: February _, 2006

DC:454715.1