UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SPRINGFIELD TERMINAL RAILWAY COMPANY, )<br><br>Petitioner, )<br><br>v. )<br><br>UNITED STATES SURFACE TRANSPORTATION BOARD and THE UNITED STATES OF AMERICA )<br><br>Respondents. ) | Civil Action No. 04-12705-RGS |

**RESPONDENTS' UNOPPOSED MOTION FOR LEAVE TO**
**FILE BRIEF IN EXCESS OF 20 PAGES**

The respondents, the Surface Transportation Board and the United States of America, hereby request that the respondents be granted leave to file memoranda of law in excess of 20 pages. The respondents request the additional pages to respond to the arguments made by the petitioner in its brief. The issues before this Court are complicated and, thus, an additional 3 pages was required by the respondents.

On April 27, 2006, undersigned counsel for the conferred with counsel for the petitioner. Counsel for the petitioner does not oppose this motion to exceed the page limits.

                                              Respectfully submitted,
                                              MICHAEL J. SULLIVAN
                                              United States Attorney

                           By:   /s/ Jeffrey M. Cohen
                                   JEFFREY M. COHEN

| OF COUNSEL: | Assistant U.S. Attorney |
|---|---|
| SCOTT M. ZIMMERMAN | John Joseph Moakley U. S. Courthouse |
| Attorney | One Courthouse Way, Suite 9200 |
| Surface Transportation Board | Boston, Massachusetts 02210 |
| 1925 K Street, N.W. | (617) 748-3100 |
| Washington, DC 20423 | (617) 748-3969 (facsimile) |

## CERTIFICATION UNDER L.R. 7.1

I, Jeffrey M. Cohen, Assistant United States Attorney, do hereby state that on April 27, 2006, I spoke with Attorney Anne Stukes and informed her that the United States would file this motion.

          /s/ Jeffrey M. Cohen
Jeffrey M. Cohen
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 1, 2006.

          /s/ Jeffrey M. Cohen
Jeffrey M. Cohen
Assistant U.S. Attorney