FILED
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

2006 MAY -1  P 4 45

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |  |
|---|---|---|
| SPRINGFIELD TERMINAL RAILWAY COMPANY, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 04-12705-RGS |
| | ) | |
| SURFACE TRANSPORTATION BOARD and | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Respondents. | ) | |
| | ) | |

## ADDENDUM NO. 1 TO RESPONDENTS' BRIEF

SERVICE DATE

JUN 15 1979

EC

INTERSTATE COMMERCE COMMISSION

DECISION

EX PARTE NO. 328

INVESTIGATION OF TANK CAR ALLOWANCE SYSTEM

Decided: June 14, 1979

By Notice of Proposed Rulemaking and Order served July 14, 1976, we
instituted this proceeding, under 49 U.S.C. §§ 11122 and 10747, formerly sections
1(4) and 15(5) of the Interstate Commerce Act, to examine the mileage
allowance system of compensation for privately-owned tank cars, to develop
methods for its continuing smooth functioning, or to devise an alternate method
of compensation to those who furnish privately-owned tank cars. The parties
to this proceeding proposed that a joint committee, composed of representatives
of the railroads, tank car leasing interests, and shipper interests, be formed
to collect and evaluate tank car cost and utilization data and to submit proposed
solutions for the issues enumerated by our Notice.

By order served September 16, 1976, we authorized formation of the joint
committee and held this proceeding in abeyance. Pursuant to this order the
committee submitted periodic reports indicating progress toward ultimate
resolution of the issues in this proceeding. A mutually acceptable compromise
solution was reached by the committee representatives, on behalf of all tank
car providers and railroads who are parties to this proceeding. Railroad acceptance
of the terms of the agreement for application to tank cars was made on the basis that
such acceptance shall not be construed as acceptance of those terms for application
to other privately owned cars. On May 1, 1979, the parties filed a joint petition seeking
our adoption of their agreement which resolves all outstanding issues. Accordingly,
it appears that this matter is now ripe for determination.

## 11 [EQUALIZATION]

(a) Equalization Ratio and [...] 1979

The tank car mileage equalization ratio shall be 30 percent for the calendar year 19[...] as [...] published for the calendar year 1978, except that equalization for the year 1979 will be subject to the return route Item which is required to be published in Item 125 of the Mileage Allowance Tariff [1]/ by paragraph (c) of this Section.

(b) Equalization Ratio and Rules for 1980 and Subsequent Years

The tank car mileage equalization ratio for 1979 shall remain in effect thereafter until material changes in the conditions and practices of tank car movements indicate the need for a new movement study. Appropriate changes in the ratio and rules may then be made to comport with its results.

Notwithstanding the foregoing, the equalization ratio and rules may be changed on the basis of the original movement study, for 1980 and subsequent years, so long as equally significant offsetting changes benefiting both railroads and car providers are simultaneously published.

---

[1]/ Wherever the Mileage Allowance Tariff is referred to it shall be understood to include all supplements and reissues of the tariff now published effective March 1, 1979, as PHJ 6007-F.

- 1 -

(c)  Reverse Empty

Appropriate tariff language will be placed in Item
125 to provide for (1) a penalty (at the same level per
mile as the equalization excess mile penalty) for non-railroad
parties "short-routing" empty cars back to the immediately
prior loading point (such penalty mileage to be eliminated
from equalization accounting); and (2) for an equalization
adjustment by the erring carrier to the car owner when, be-
cause reverse empty routing is not followed by the carriers,
excess empty mileage due to the use of different interchange
points, or carriers, is incurred.

(d)  Updating Excess Empty Mileage Charge

The cents per mile equalization Excess Empty
Mileage Charge in Item 120 D(1) of the Mileage Allowance
Tariff shall be adjusted annually by the application of
a percentage factor calculated and applied as follows:

Index numbers will be established for the
base year 1978 and each subsequent year by
dividing the total Class I Railroad operating
expenses and taxes (from the new Uniform
System of Accounts) by the Class I freight
train loaded and empty mileage (from the same
source).  The index number for the base year
1978 will then be divided into the current
year's index number to establish the percen-
tage factor.  That percentage factor will be
applied to 18 cents per car mile, and, the result
will be rounded to the closest cent per mile.

The amount [illegible] ty Mileage Charge, so determined, shall be published [illegible] same time as the tank car mileage splits to [illegible] effective on or within two months after July 1 of [illegible] for application to the entire current calendar year.

(e) <u>Exceptions Not Contemplated</u>

The equalization plan provided here is intended to be a nationwide plan adopted and adhered to by all U.S. Railroads. Except in unusual circumstances, it is not contemplated that any railroad should flag-out from the national plan, and railroad parties to this proceeding shall cancel any presently published exceptions, except where such exceptions may have specifically been approved in other Commission proceedings, or where specific tariff exceptions are published for specific traffic.

## §2 -- CAR VALUE

(a) <u>Depreciation and Salvage Value</u>

The tank car life and salvage value previously approved by this Commission in [illegible], <u>Mileage Allowances, Tank Cars</u>, 337 I.C.C. 58 (1970), i.e., 30-year car life, 10 percent salvage value, amounting to a 3 percent depreciation rate, is reaffirmed for continued use.

- 4 -

Ex Parte No. 328

(b)  Interest Factor

Interest shall be calculated by reference to the in-
terest cost for equipment trust certificates on railroad and
privately owned cars as shown, for the most current 36-months
available at the time of calculation, in the annual publica-
tion by Salomon Brothers entitled "Summary of Railroad Equip-
ment Trust Financing."  The interest rate for each offering
over the 36-month period under the caption "Approx. Interest
Cost %" shall be multiplied by the "Amount of the Issue" and
the individual results shall be added together and their sum
divided by the 36-month total of all entries under "Amt. of
Issue."  The result of this division, rounded two decimal
digits, shall be the "interest factor" applied in the deter-
mination of annually updated mileage allowances.

The amounts included in allowances for amortization
of principal plus interest on the depreciable portion of a
car's value (90 percent) shall not decline as a car ages, but shall
consist of equal amounts for each of a car's 30-years of life.
This "annuity factor" will be expressed as a percent to 5 deci-
mal digits. [2/]  It will be developed from annuity tables by ref-
erence to the car's Allowance Car Value, salvage value, and to the
current "interest factor" calculated under the preceding para-
graph.  Interest on salvage value (10 percent) shall be calculated by
multiplying that value by the current "interest factor."

[2/]  Example:  For an interest rate of .0800(8.00%), the "annuity
factor" = .08 ÷ $\left(1 - \dfrac{1}{(1.08)^{30}}\right)$ = .0888274 (8.88274%).

- 5 -

(c) Allowance Car Value

The Allowance Car Value for cars built in the year 1968 and subsequent years shall be the original cost as represented to the original buyer by the manufacturer's invoice, or (for manufacturer-lessors' cars) that value certified, or which would have been certified, to the lessee for investment tax credit purposes.

For cars built prior to 1968, the 1968 Base Classification Value as determined by the Association of American Railroads (AAR) shall be the Allowance Car Value.

Appropriate amounts will be added to the value of owned or leased cars for initial-into-service transportation costs, and for capitalized original lining and capitalized additions and betterments.

(d) Tank Car Allowance Table

The Tank Car Allowance Table shall be constructed by dividing annual car cost by annual loaded tank car mileage (as determined in Section 4 below) using the following specifications:

    (1) Age Groups. Tank cars shall be separated as between cars less than 30-years of age and 30-years of age and over, so that compensation for the latter may be calculated without provision for depreciation, or interest on other than salvage value.

- 6 -

Tax Form No. 385

(2) **Allowance Value Brackets.** Allowance value brackets shall be in $1,000 increments, i.e., $0 - $1,000; $1,001 - $2,000, etc., extending up to the currently applicable Maximum Valuation determined under (3) of this Subsection.

(3) **Maximum Valuation.** The Maximum Value Bracket on which allowances are to be calculated and paid shall be set for each year by applying a factor of 1.5 to the average price paid by the railroads for new freight cars acquired in the previous year, as calculated by the AAR. In the 12 months following July 1, 1979, and July 1, 1980, however, the maximum value brackets payable shall be $20,001 - $21,000, and $25,001 - $26,000, respectively. On and after July 1, 1981, the maximum value bracket shall be that determined under the first sentence of this paragraph.

(4) **Mid-Point Value.** The mid-point of each Allowance Value Bracket shall be used to determine the applicable mileage allowance rate.

(5) **Application of Allowance Table to Allowance Car Value.** The maximum allowance calculated for the Maximum Value Bracket determined under Section 2(d)(3) shall apply to all tank cars with allowance car values within or above that

-7-



bracket. ~~...~~ the said the
allowance ~~...~~ bracket which
encompasses each car's ~~...~~ Car Value, as
determined under Section ~~...~~

### ¶3 -- MAINTENANCE AND OPERATING COST

(a) **Lessor Cost To Be Based Upon The Experience of Four
Major Tank Car Companies**

The element included in allowances for lessor
maintenance and operating cost (which the parties say was
$748.21 p~~...~~r in 1976) will be developed for subsequent
years from t~~...~~ experience of the Four Major Tank Car
Compan~~...~~es ~~...~~ Car Line, Div. of ACF Industries,
Gene~~...~~rican Transportation Corporation, North American
Car ~~...~~, and Union Tank Car Company) in the same
manner ~~...~~ the $748.21 factor. They shall study and
develop the cost of their leased fleets for succeeding
calendar years, which cost will be used as the measure of
the maintenance and operating cost for leased and for
shipper-owned cars.

(b) **Lessee Cost**

This cost (which the parties say was $34.88 in
1976) includes programmed maintenance of valves, non-
discretionary cleaning costs (when, under the terms of

-8-

the lease agreement, the lessee (if not reimbursed) and certain personnel expenses associated with monitoring and scheduling cars for repairs and inspections.  It covers the cost of leased cars borne by the lessee in addition to the cost of such cars borne by the lessor.

These "lessee" costs will not be re-determined annually.  The $34.58 figure shall be factored to the current year by updating 1976 experience, using the hourly earnings index for production or non-supervisory workers on non-agriculture payrolls published by the Bureau of Labor Statistics of the United States Department of Labor in the "Monthly Labor Review" for the latest month available by July 1.  This cost shall be added to the "lessor cost" developed under sub-paragraph (a) in determining maintenance and operating cost for leased and for shipper owned cars.

(c) Maintenance and Operating Cost for Future Years

When allowances are first calculated pursuant to this decision, maintenance and operating costs shall be based on 1976 experience. In subsequent years, the allowance calculations shall be based upon the most current available experience in previous years.  Beginning with the first annual update as provided in Section 7(a) hereof, a moving average for the three most current available years will be used.  Each of the factors for



§6 — CALCULATION OF ALLOWANCES, COVERING TRANSPORTATION USE

(a) Use of I&S §406 Formula

The cost associated with non-transportation use shall be excluded from allowances by following the formula and procedures used in I & S 9406, Mileage Allowances, Tank Cars, supra. Tank car costs shall first be separated into time and distance-related components as follows:

| Cost Factor | Allocation | |
|---|---|---|
| | (1) Time | (2) Distance |
| Depreciation | 60% | 40% |
| Interest | 100% | -- |
| Repair & Maintenance | 50% | 50% |

Only 95 percent of distance-related cost shall be included in allowances.

Time-related cost shall be reduced by applying a factor developed from the ratio of the current average of annual loaded mileage for tank cars (determined under (b) of this section) to the current average of annual loaded mileage for car-hire railroad cars on Class I railroads (determined under (c) of this section).

(b)  Development of Tank Car Loaded Mileage

The Four Major Tank Car Companies shall conduct an annual study of mileage for the same tank car fleet which is studied for operating cost, as required by Section 3(a) above. Except as provided in (d) of this section the average loaded mileage per car shall be that developed for the fleet in each of the 3 most currently available years, totaled and divided by three.

(c)  Development of Loaded Car Mileage For Car-Hire Railroad Cars on Class I Railroads

The AAR shall develop annual total loaded car miles for all of the car-hire railroad cars on Class I railroads, for each calendar year, from R1 Annual Reports-- Schedule 531, line 12--as submitted to the ICC by Class I railroads, and summarized by the AAR. The average number of cars will be the number of cars owned by Class I railroads at the beginning and at the end of the year (as reported in Columns (b) and (k) of Schedule 417) divided by two. Car miles shall be divided by that average number of cars, and the result shall be the average mileage for that calendar year. Except as provided in (d) of this section, the average loaded mileage per car shall be that developed for the fleet in each of the 3 most currently available years, totaled and divided by three.

- 11 -

(d) Initial Use and Update

Notwithstanding the provisions of (b) and (c)
of this section, the allowances initially published in
compliance with this order shall be determined by reference
to mileage for the year 1976, i.e., 5,775 loaded miles for
tank cars and 9,294 loaded miles for all car-hire cars.
The resulting time-related transportation use factor for
initially published allowances shall, therefore, be 62.14%,
i.e., 5,775/9,294. Beginning with and after the first
annual update, as provided in Section 7(a), the
moving averages developed in accordance with the provisions
of (b) and (c) of this Section will be used to calculate
all mileage factors used in the development of currently
applicable allowances.

(e) Formula For Calculation

Allowances for each value bracket in the Tank
Car Allowance Table, which is to be published in accordance
with the terms of §2(d) hereof, will be determined by
applying the following formula, where "Transportation
Use Ratio" is developed as provided in this Section:



ALLOWANCES — TUR(1 X (100M) + 95% (50%M + 40%)
(for each mid-point value of
of car than 30 years)

ALLOWANCES — TUR(1 X + 50%M) + 95% (50%M)
(for each mid-point value
of cars 30 years and over)

§5 -- HANDLING AND HOLDING EMPTY CARS

(a) Publication of Charges

The Mileage Allowance Tariff shall be amended
to provide for charges applicable to the movement

3/
"Interest" for less than 30 year cars is the result obtained
by adding the product of the current interest factor times 10 percent
of each value bracket's mid-point value plus the product of the
"annuity factor" expressed as a percent (reduced by 3.3333% per-
centage points) times 30 percent of each value bracket's mid-point value.
EXAMPLE: An 8.00% interest factor provides an 8.8827% "annuity"
factor" which, for a mid-point value of $5,500, would produce
$550 in interest calculated as follows:

(8.00% X (10% X $9,500)) = $ 76.00

(8.8827% - 3.3333%) X (30% X $9,500) = $474.47
(5.5494%)

$550.47

4/
"Interest" for cars 30 years and over is the current interest factor X
10 percent of each value bracket's mid-point value.

and/or the holding of empty private tank cars on tracks at or adjacent to non-railroad facilities for cleaning, lining, relining, maintenance, modification or repair where the tracks are not owned or leased by the operator of the facility. The following new items (or their substantial equivalent) shall be added to the Mileage Allowance Tariff:

    (a) The rules and charges in this item apply only to empty private tank cars consigned to non-railroad repair facilities, i.e., facilities for cleaning, lining, relining, maintenance, modification, or repair.

    (b) The rules and charges do not apply to:

        1) Empty private tank cars moving as revenue freight under the provisions of Item 125 series, parts A & B, paragraph B(2).

        2) Empty private tank cars handled or held for carrier operating convenience.

        3) Empty private tank cars en route to facilities for cleaning, lining, relining, or repair for heavy repairs following railroad damage.

        4) Empty private tank cars en route to repair

- 14 -

Ex Parte No. 346

facilities located on the premises of a
shipping facility, provided that the empty
car, after repair, is subsequently shipped
from the facility in revenue freight service.

(c)  The rules and charges in this item do not in
any way supersede or override existing, or new,
written contractual operating, side track, track
lease, property lease, etc., agreements or tariffs
that contain empty private tank car handling and
holding provisions as part of the overall agreement.

(d)  Charges applicable under these provisions
will apply to empty private tank cars which the
consignee has not ordered to his or her cleaning, lining,
relining, maintenance, modification or repair
facility (or the consignee owned or leased tracks in the
vicinity thereof) before the expiration of 48
hours (not counting Saturdays, Sundays and holidays)
after the consignee is notified that the car is
ready for placement.  This time calculation will
start the first 7 AM subsequent to the carrier
notification to the consignee that the empty
private tank car is ready for placement and time

- 15 -



(e) Supplementary handling charge of $[...] per car.

(f) Holding charge of $[...] per calendar day or fraction [...] including Saturdays, Sundays, and [...]

(f) In the event the consignee orders the car to tracks owned or leased by the consignee in the vicinity of the facility for cleaning, lining, relining, maintenance, modification or repair within the [...] period described under paragraph (d), there will be no supplementary handling charge for that [...] however, such cars will be subject to the supplementary handling charge at such time that the empty tank car is subsequently ordered and moved into the facility for cleaning, lining, relining, maintenance, modification or repair or ordered moved from that [...] to the tracks owned or leased by the consignee.

(g) Billing will be rendered [...] by the operator of the facility.

(b)  Update

The same method and timing for updating the excess empty mileage charge provided in Section 1, paragraph (d) of this decision shall be used to update the $20 supplementary handling charge.

The percentage factor determined under Section 1(d) for calendar years subsequent to 1978 shall be applied to the $20 base year charge and the result, rounded to the nearest dollar, shall be published to become effective on or within two months after July 1 of each year.

### §6 -- METHOD OF COMPENSATION

The method of compensation shall remain unchanged, i.e., allowances shall be paid on actual loaded car miles.

### §7 -- PERIODIC UPDATE

(a)  Nature, Method And Timing of Required Updating

The factors specified in Sections 1(d), 2(b)&(d)(3), 3(a)&(b), 4(b)&(c), and 5(a) shall be updated annually following the initial allowances published in compliance with this decision to become effective July 1, 1979. Except as otherwise provided in Section 2(d)(3) for the annual update of Maximum Value Brackets in 1980 and 1981, the annual



... factors ...
... and ...
effectiveness of the ... no later than September 1.

(b) Factors to be ...

... interest;
(2) the maintenance and operating cost; (3) the average loaded tank car mileage; (4) the Time-Related Transportation Use Factor; (5) the Excess Empty Mile Charge; (6) the Supplementary Handling Charge for Empty Tank Cars; and (7) the Maximum Value Bracket.

(c) Voluntary Changes

The formula prescribed for determining and updating car costs incorporates data from various designated sources. If there are changes in the nomenclature or format within any designated source, or the source itself is altered or discontinued, the railroad ... or whichever party is given responsibility for preparing affected data may, without ... continue to draw the same basic data from the same designated or rearranged source, or from different but similarly authentic sources, subject to the right of any affected person to petition for relief ...

in the case of any application for use of a rate or procedure, individual railroad complaints shall have the right to protest, to make non-prejudicial changes in any tariff item or procedure approved here.

We have reviewed the agreement set out above and in the joint petition, as well as the underlying data submitted by the parties in support.  Based upon this record we find that private tank car allowances determined under this agreement will be reasonable and otherwise in accordance with 49 U. S. C. §§ 11122 and 10747, and that our adoption of this agreement is warranted.

We shall retain continuing jurisdiction of this matter for the purpose of securing compliance with the terms of this agreement and updating of allowances.

This decision does not significantly affect the quality of the human environment and is not a major regulatory action under the Energy Policy and Conservation Act of 1975.

IT IS ORDERED:

The joint petition is granted.  The Commission adopts the private tank car mileage allowance agreement as set forth in this decision.

All railroads party to this proceeding shall publish on three days' notice, to become effective not later than July 1, 1979, and to remain in effect until further order of this Commission, tariff items in compliance with the terms and substance of the agreement adopted here.  The railroads shall thereafter, by joint railroad and car provider conference, review

