UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SPRINGFIELD TERMINAL RAILWAY COMPANY,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES SURFACE TRANSPORTATION BOARD and THE UNITED STATES OF AMERICA<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 04-12705-RGS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

NOTICE OF APPEARANCE

To the Clerk:

Please enter my appearance in the above-captioned case as counsel for Respondent United States Surface Transportation Board.

Respectfully submitted,

_____
Scott M. Zimmerman
Attorney
Surface Transportation Board
1925 K Street, NW
Room 854
Washington, DC 20423
(202) 565-1512
Fax (202) 565-9013

CERTIFICATE OF SERVICE

I, Scott M. Zimmerman, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants. .

Dated: January 17, 2007